

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00153-CV

CONTRACT DATASCAN HOLDINGS, INC.; CONTRACT DATASCAN, LP D/B/A THE INVENTORY EXTRAS; AND GWYN NICOLE SNEAD, Appellants

v.

RETAIL SERVICES WIS CORPORATION D/B/A WIS INTERNATIONAL INC., Appellee

§ On Appeal from the 348th District Court

§ of Tarrant County (348-341198-23)

§ November 16, 2023

§ Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's temporary-injunction order. It is ordered that paragraphs b., e., f., g., and h. of the trial court's temporary-injunction order are reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that each party shall bear its own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel                          
      Justice Dabney Bassel